In re the Marriage of Roxanne
E. BUNT, Respondent,

v.

Douglas R. BUNT, Appellant.

No. ED 75501.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 15, 2000.

Mary Margaret Creamer, Richard W. Fischer, St. Louis, for appellant.

Bernhardt W. Klippel, III, Gary J. Morris, Clayton, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Husband, Douglas R. Bunt, appeals from the decree of dissolution of his marriage to wife, Roxanne E. Bunt.

We have reviewed the record on appeal and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).